**Opinion issued March 14, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00573-CV

————————————

## MOHAMMAD EMRAN, HUSAM WISHAH, AND NOOR AUTOMOTIVE, INC., Appellants

## V.

## LAZ ENTERPRISES, INC., Appellee

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-38832**

---

## MEMORANDUM OPINION

Appellants, Mohammad Emran, Husam Wisham, and Noor Automotive, Inc., have filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.